**Tracy Lyn STARR**

v.

**Ottavio C. VENEZIANO, Frank J. Zottola Construction, Inc. and Commonwealth of Pennsylvania, Department of Transportation, Respondents,**

v.

**RICHLAND TOWNSHIP, Petitioner.**

Supreme Court of Pennsylvania.

July 29, 1998.

### *ORDER*

PER CURIAM.

AND NOW, this 29th day of July, 1998, the Petition for Allowance of Appeal is GRANTED, as to the issue of:

> Whether a local township can be held liable for an accident that occurs on a state highway because the local township did not restrict access from a local road to the state highway?

**Carol MARASCO, Respondent,**

v.

**DOUGLAS NASHTOCK, Petitioner.**

Supreme Court of Pennsylvania.

July 30, 1998.

### *ORDER*

PER CURIAM.

AND NOW, this 30th day of July, 1998, the Petition for Allowance of Appeal is GRANTED. The matter is REMANDED to the Court of Common Pleas, Mercer County, for further proceedings consistent with this Court's opinions in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998) and *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).